UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS,<br><br>        Petitioner,<br><br>   v.<br><br>RON BARNES,<br><br>        Respondent. | No. 13-cv-0883 JAM AC P<br><br><br>ORDER TO SHOW CAUSE |

     Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 30, 2013, respondent filed a motion to dismiss the petition.  Petitioner has not filed an opposition to the motion.  Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

     Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days, why his failure to oppose respondent's July 30, 2013 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order, or to file an opposition to the

////

////

////

1

pending motion to dismiss, will result in a recommendation that this action be dismissed.

DATED: September 17, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/harr0883.46.hab.osc